**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CYNTHIA HAMPTON,

   Plaintiff,

-vs-

BANK OF AMERICA, N.A.,               CASE NO.: 6:17-CV-01124-GAP-TBS

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Cynthia Hampton, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 7, 2018

                                       */s/Octavio Gomez*
                                       Octavio "Tav" Gomez, Esquire
                                       Florida Bar No.: 338620
                                       Morgan & Morgan, Tampa, P.A.
                                       201 North Franklin Street, 7th Floor
                                       Tampa, Florida 33602
                                       Telephone: (813) 223-5505
                                       Facsimile: (813) 223-5402
                                       TGomez@ForThePeople.com
                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620